## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

DARRELL MURPHY

No. 1:26-_____

## INFORMATION

The United States Attorney charges:

### COUNT ONE
### (Failure of Registered Sex Offender to Comply with International Travel Reporting Requirement)

Between on about December 31, 2025, and January 5, 2026, in the District of Maine and elsewhere, defendant

DARRELL MURPHY

an individual required to register and update registration pursuant to the Sex Offender Registration and Notification Act ("the Act"), knowingly failed to provide information required by the Act relating to intended travel in foreign commerce, and engaged in the intended travel in foreign commerce, in violation of Title 18, United States Code, Section § 2250(b).

### COUNT TWO
### (Failure to Present at Designated Border Crossing)

On about January 5, 2026, in the District of Maine, the defendant,

DARRELL MURPHY

knowingly and intentionally failed to present himself to a customs officer at a customs

facility at a designated border crossing point when he entered the United States of

America, in violation of Title 19, United States Code, Section § 1459.


Dated: June 2, 2026                    ANDREW B. BENSON
                                       UNITED STATES ATTORNEY

                                        /s/ Joel B. Casey
                                       Joel B. Casey
                                       Assistant U.S. Attorney