## Synopsis
### (Information)

| | |
|---|---|
| **Name:** | Darrell Murphy |
| **Address:** (City & State Only) | Carrollton, Ohio |
| **Year of Birth and Age:** | 1983; 42 years |
| **Violations:** | Count 1: Failure of Registered Sex Offender to Comply with International Travel Reporting Requirement (SORNA). 18 U.S.C. § 2250(b)<br><br>Count 2: Failure to Present at a Border Crossing Point. 19 U.S.C. § 1459. |
| **Penalties:** | Count 1: Fine of $250,000 pursuant to 18 U.S.C. § 3571(b)(3); Imprisonment of not more than 10 years pursuant to 18 U.S.C. § 2250(b), or both. (Class C Felony)<br><br>Count 2: Not more than one year imprisonment, a fine of not more than $5,000, or both. 19 U.S.C. 1459(g) (Class A Misdemeanor) |
| **Supervised Release:** | Count 1: Not more than three years.  18 U.S.C. § 3583(b)(2)<br><br>Count 2: Not more than one year. 18 U.S.C. §3583(b)(3) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: Not more than two years.  18 U.S.C. § 3583(e)(3)<br><br>Count 2: Not more than one year. 18 U.S.C. § 3583(e)(3) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Count 1: Three years less any term of imprisonment imposed. 18 U.S.C. §3583(h)<br><br>Count 2: One year less any term of imprisonment imposed. |
| **Defendant's Attorney:** | Kaylee Folster, Esq. |
| **Primary Investigative Agency and Case Agent Name:** | U.S.B.P. Agents Frederick McLean / Scott Hanton; DUSM Spencer Christie; HSI S/A John Marquissee |

| | |
|---|---|
| **Detention Status:** | Detained in related case |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Washington |
| **AUSA:** | Joel B. Casey |
| **Guidelines apply?** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?** | None |
| **Assessments:** | Count 1: $100.00; 18 U.S.C. § 3013(a)(2)(A) <br><br> Count 2: $25.00; 18 U.S.C. § 3013(a)(1)(A)(iii) |

**Related Case Sheet (Not For Publication)**

| | |
|---|---|
| **Name of Case:** | United States v. Darrell Murphy |
| **Is this defendant a current or former member of any bar?** | No |
| **Caption of any related case(s):** | *U.S. v. Darrell Murphy,* 1:26-mj-00001-JCN<br>*U.S. v. Darrell Murphy,* 1:26-cr-00046-SDN |
| **Caption of any related search warrant(s):** | N/A |
| **Target letter sent to this person resulting in appointment of counsel?** | No |